IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DYRON GREEN, | § | |
| | § | No. 503, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1804014579 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 12, 2020
Decided: August 27, 2020

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

**O R D E R**

On this 27th day of August, 2020, the Court, having considered this matter on the briefs filed by the parties and the record on appeal, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in the Superior Court's July 7, 2019 evidentiary ruling and the court's October 15, 2019 Orders.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice